| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN DETECTIVE SERVICES, INC. *et al.*,)<br>)<br>Defendants. ) | Case No. 22-06049-CV-SJ-BP |

# JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

     Pursuant to the Orders issued on May 30, 2023 and August 30, 2023, judgment is entered in favor of Plaintiff and against Defendants. The Court declares that Plaintiff has no obligation to indemnify American Detective Services for the damages imposed by the Arbitration Award entered in favor of James Smith and against American Detective Services on April 4, 2022.

| | |
|---|---|
| <u>August 30, 2023</u><br>Date | <u>Paige Wymore-Wynn          </u><br>Clerk of Court<br><br><u>/s/ Shauna Murphy-Carr      </u><br>(by) Deputy Clerk |