IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

Scottsdale Insurance Company )
Plaintiff/Petitioner )
)
) Case No. 5:22-cv-06049-BP
)
American Detective Services, Inc., et al. )
Defendant/Respondent )

**NOTICE OF APPEAL**
TO THE US COURT OF APPEALS FOR THE 8th CIRCUIT

Notice is hereby given that I American Detective Services, Inc. the

**Defendants** hereby appeal to the United States Court of Appeals for

plaintiff, petitioner, defendant or respondent

the Western District of Missouri Circuit from the final judgment ✓ or an order _____

name of the circuit / check this one / or this one

entered in this action on the 30th day of August, 2023.

Signed /s/ Lauren Dollar
Attorney for American Detective Services, Inc.
Address: 1100 Main Street
Suite 2600
Kansas City, MO 64105
Phone: 816-876-2600
Fax: 816-221-8763
E-Mail: lauren@dollar-law.com