_____

No: 23-3185

_____

Scottsdale Insurance Company

Plaintiff - Appellee

v.

American Detective Services, Inc.

Defendant

James Smith

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
 (5:22-cv-06049-BP)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 01, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans